IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JAMES MCINGVALE | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 3:06-cv-00587 |
| ROBERT A. BAFFERT; BOB BAFFERT | § | |
| RACING, INC.; J.B. MCKATHAN; KEVIN | § | |
| MCKATHAN; AND MCKATHAN | § | |
| BROTHERS FARM, L.L.C. | § | |
| | § | |
| *Defendants* | § | |

## FINAL JUDGMENT

On the below entered date came Plaintiff JAMES McINGVALE and Defendants

ROBERT A. BAFFERT, BOB BAFFERT RACING, INC., J.B. McKATHAN, JR., KEVIN

McKATHAN, McKATHAN BROTHERS FARM, L.L.C., OUR TEAM, L.C., EMERALD

AVIATION ENTERPRISES, LLC, HILL 'N' DALE SALES AGENCY, INC., HIGHCLERE

SALES, LLC, DONATO LANNI, MURRAY SMITH AND DAVID McKATHAN (hereinafter

referred to as "the Parties") and advised the Court that they have amicably resolved all claims

against one another and have entered into a mutual release and settlement agreement of any and

all claims, known or unknown, that existed between them. As a result, the Parties have requested

that any and all claims or causes of action asserted in the above-referenced and numbered cause

be dismissed in their entirety with prejudice with each party to bear their respective costs of

Court.

It is therefore ORDERED, ADJUDGED and DECREED that Plaintiff JAMES

McINGVALE's Third Amended Complaint against all Defendants is hereby dismissed in its

entirety with prejudice with each party to bear their respective costs of Court. It is ORDERED,

ADJUDGED and DECREED that Defendants J.B. McKATHAN, JR., KEVIN McKATHAN and McKATHAN BROTHERS FARM, L.L.C.'s Counter-Claim against Plaintiff JAMES McINGVALE is hereby dismissed in its entirety with prejudice with each party to bear their respective costs of Court. Additionally, it is ORDERED, ADJUDGED and DECREED that any other claims or causes of action held by the Parties that in any way relate to the allegations that form the basis of Cause No. 3:06-cv-00587 are hereby discharged and forever barred.

This is a Final Judgment that is intended to finally dispose of any and all claims, known or unknown, that exist between any of the Parties.

SIGNED this the _4th_ day of ___June___, 2007.

_____
SAMUEL B. KENT
UNITED STATES DISTRICT JUDGE

**APPROVED & ENTRY REQUESTED:**

_____
William H. Stout
Federal I.D. No. 574839
Daniel D. Pipitone
Federal I.D. No. 0294
1200 Smith Street, Suite 1400
Houston, Texas 77002
(713) 654-9689 – Telephone
(713) 356-1089 – Facsimile

OF COUNSEL:
SPAGNOLETTI & CO.
Francis I. Spagnoletti
TBN: 18869600
1600 Smith Street, 45th Floor
Houston, Texas 77002
(713) 653-5600 – Telephone
(713) 653-5656 – Facsimile

*Attorneys for Plaintiff and Counter-Defendant*
*James McIngvale*

Shawn L. Raymond
Federal I. D. No. 26202
SUSMAN GODFREY L.L.P.
Suite 5100
1000 Louisiana
Houston, Texas  77002-5096
713.651.9366
713.654.3389 (fax)

Richard Yarmuth
YARMUTH WILSON CALFO PLLC
The IDX Tower
925 Fourth Avenue, Suite 2500
Seattle, Washington  98104
206.516.3800
206.516.3888 (fax)
*Attorneys for Defendants*
*Robert A. Baffert and*
*Bob Baffert Racing, Inc.*


John S. Black
Robin C. Gibbs
Brandon T. Allen
GIBBS & BRUNS L.L.P.
1100 Louisiana
Suite 5300
Houston, Texas  77002
713.650.8805
713.750.0903 (fax)

Christopher K. Johns
Federal I.D. No. 21630
Anthony G. Buzbee
Federal I.D. No. 22679
The Buzbee Law Firm
1910 Ice & Cold Storage Building
104 21st Street
Galveston, Texas  77550
409.762.5393
409.762.0538 (fax)
*Attorneys for Defendants and Counter-Plaintiffs*
*J. B. McKathan, Kevin McKathan,*
*McKathan Brothers Farm, L.L.C.,*
*Our Team, L.C. and Emerald Aviation Enterprises, LLC*

Ray T. Torgerson
Federal I. D. No. 22846
Porter & Hedges, LLP
1000 Main Street, 36th Floor
Houston, Texas 77002
713.226.6000
713.228.1331 (fax)

Of Counsel:

Thomas A. Woolley, III
Federal I. D. No. 36801
*Attorneys for Defendant*
*Hill 'N' Dale Sales Agency, Inc.*

Tom Alexander
Federal I.D. No. 4533
Tom Alexander Law Firm
600 Travis Street, Suite 4700
Houston, Texas 77002
713.439.0000
713.228.6138 (fax)
Of Counsel:

Ronald J. Restrepo
Federal I. D. No. 920
J. B. ("Trey") Henderson, III
Federal I. D. No. 29165
Doyle, Restrepo, Harvin & Robbins, L.L.P.
600 Travis Street, Sutie 4700
Houston, Texas 77002
713.228.5100
713.228.6138 (fax)
*Attorneys for Defendant*
*Highclere Sales, LLC*

4

05-30-07    04:06pm    From-Tom Alexander, PC                7139838478            T-073    P.002/002    F-196

Ray T. Torgerson
Federal I. D. No. 22846
Porter & Hedges, LLP
1000 Main Street, 36th Floor
Houston, Texas 77002
713.226.6000
713.228.1331 (fax)

Of Counsel:

Thomas A. Woolley, III
Federal I. D. No. 36801
*Attorneys for Defendant*
*Hill 'N' Dale Sales Agency, Inc.*

Tom Alexander
Federal I.D. No. 4533
Tom Alexander Law Firm
600 Travis Street, Suite 4700
Houston, Texas 77002
713.439.0000
713.228.6138 (fax)
Of Counsel:

Ronald J. Restrepo
Federal I. D. No. 920
J. B. ("Trey") Henderson, III
Federal I. D. No. 29165
Doyle, Restrepo, Harvin & Robbins, L.L.P.
600 Travis Street, Suite 4700
Houston, Texas 77002
713.228.5100
713.228.6138 (fax)
*Attorneys for Defendant*
*Highclere Sales, LLC*

4

Thomas D. Bullock
Eastern District of Kentucky Bar No. 86118 *by permission)*
Bullock & Coffman, LLP
234 North Limestone
Lexington, Kentucky  40507
859.225.3939
859.225.5748 (fax)

Ronald L. White
Federal I.D. No. 234
White Mackillop & Baham P.D.
2200 West Loop South, Suite1000
Houston, Texas  77027
713.599.0211
713.599.1355 (fax)
*Attorneys for Defendant*
*Donato Lanni*

Michael S. Siboni
Federal I. D. No. 59-3633325      *by permission)*
Siboni, Hamer & Buchanan, P.A.
307 NW 3rd Street
Ocala, Florida  34475-6638
352.629.7441
352.629.7745 (fax)

Douglas W. Poole
Federal I.D. No. 619
McLeod, Alexander, Powel & Apffel, P.C.
802 Rosenberg
P.O. Box 629
Galveston, Texas  77553
409.763.2481 ext 116
409.762.1155 (fax)
*Attorneys for Defendant*
*Murray Smith*

5

Richard M. Grimes
Federal I. D. No. 20504
Grimes & Fertitta
The Lyric Centre
440 Louisiana, Suite 1450
Houston, Texas  77002
713.224.7644
713.224.0733 (fax)
*Attorney for Defendant*
*David McKathan*